JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE ERIC WATSON, | ) NO. CV 11-04342-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MIKE MARTEL (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: May 31, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE